THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX EDWARDS, Appellant. [825 NYS2d 652]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Gazzillo, J.), imposed April 28, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Miller, J.P., Santucci, Rivera and Lunn, JJ., concur.